*P. Warner, Edward T. Miller,* and *Cecil R. Warner* for petitioner. *Mr. David S. Partain* for respondent.

No. 653. NEW AMSTERDAM CASUALTY Co. *v.* UNITED STATES. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Joseph A. Cantrel* for petitioner. *Solicitor General Biggs* and *Mr. Amos W. W. Woodcock* for the United States.

No. 658. BENDER ET AL. *v.* LAMB. January 22, 1934. Petition for writ of certiorari to the District Court of Appeal, Fourth Appellate District, of California, denied. *Mr. John O. Bender* for petitioners. *Mr. Benjamin S. Crow* for respondent.

No. 661. DOWNEY ET AL. *v.* HALE. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Daniel A. Shea* for petitioners. *Mr. Joseph E. Warner* for respondent.

No. 670. McCORMICK *v.* UNITED STATES. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James J. McCormick, pro se. Assistant Attorney General Wideman, Solicitor General Biggs,* and *Messrs. Sewall Key, John H. McEvers,* and *W. Marvin Smith* for the United States.

No. 671. MUNSON INLAND WATER LINES, INC. *v.* KUNKEL. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Cir-